IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                              CHAPTER 13 CASE
                                                          NO. 07-31793-DHW

**JOHN GATSON, JR.,**
**XXX-XX-0543**

    **Debtor(s)**

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to Court Claim #7 (Trustee Claim #7 and #12) filed in the above-referenced Chapter 13 case by Saxon Mortgage, and as grounds for said objection states as follows:

> The creditor filed a secured claim but did not provide proof of a perfected security interest. It is the Trustee's contention that this claim is due to be paid unsecured in that the creditor has not provided proof of security interest or proof of the debt as provided by Rule 3001(d) of the <u>Federal Rules of Bankruptcy Procedure</u>.

WHEREFORE, the Trustee objects to the secured status of Court Claim #7 of Saxon Mortgage, and moves this Honorable Court to disallow the creditor's secured claim, but allow the creditor's claim as UNSECURED to be paid pursuant to the terms of the debtor(s) confirmed plan.

Respectfully submitted this 15th day of May 2008.

                                                 Curtis C. Reding
                                                 Standing Chapter 13 Trustee

                              By:     /s/   Sabrina L. McKinney
                                                 Sabrina L. McKinney
                                                 Staff Attorney
                                                 ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 15th day of May 2008.

                                                      /s/ Sabrina L. McKinney
                                                      Sabrina L. McKinney

John Gatson, Jr.
P.O. Box 20052
Montgomery, AL 36120

Vonda S. McLeod, Esq. *(electronic filing)*

Saxon Mortgage
4708 Mercantile Drive
Ft. Worth, TX 76137-3605

Saxon Mortgage
c/o Maria Borresen, Esq.
Attorney for Creditor
Moss Codilis, LLP
6560 Greenwood Plaza Blvd., Ste. 100
Englewood, CO 80111

Saxon Mortgage
c/o Michael S. Margolf, Operations Manager
Moss Codilis, LLP
6560 Greenwood Plaza Blvd., Ste. 100
Englewood, CO 80111

Additional addresses for creditor as provided on creditor matrix:

    Saxon Mortgage
    1270 Northland Dr., Ste. 200
    Mendota Heights, MN 55120-1176