IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                          CASE NO. 07-31793-DHW

JOHN GATSON,

                                               CHAPTER 13

     Debtor(s).

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO REFINANCE**

COMES NOW, the Trustee, by and through the undersigned, responds to the debtor(s) Motion to Incur Debt as follows:

1. On or about November 14, 2007 the debtor(s) filed the instant, voluntary bankruptcy petition the debtor(s) filed a Motion to Modify Mortgage to reduce his monthly payment.

2. The debtor(s) motion is vague.

3. The debtor(s) had not provided a good faith estimate for his new mortgagee payment, or any terms of the refinancing.

Respectfully submitted July 29, 2009.

                                                                    Curtis C. Reding, Jr.
                                                                    Chapter 13 Trustee

                                                                    /s/ Tina J. Hayes
                                                                    Tina J. Hayes
                                                                    Staff Attorney
                                                                    ASB-9847-C32H

Office of the Chapter 13 Trustee
Curtis C. Reding, Jr., Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

      I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO INCUR DEBT has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or via email, July 29, 2009.

                                                  /s/ Tina J. Hayes
                                                  Tina J. Hayes

John Gatson
P O Box 20052
Montgomery, AL 36120

Hon. Vonda S. McLeod (via electronic mail)