IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  
John Gatson  
**Debtor**

CASE NO. 07-31793

CHAPTER 13

## Motion to Modify Mortgage

Comes now the debtor in the above referenced case and moves this court to approve the motion for the purpose of modifying his mortgage and as grounds for such state as follows:

1. The debtor filed this case on November 14, 2007.

2. The debtor has obtained approval to modify his mortgage with Saxxon Mortgage. The modification will result in his monthly payments being lowered to a more manageable payment.

WHEREFORE, premises considered, the debtor hereby request this court to grant him permission to modify his mortgage.

DATED : August 5, 2009

/s/Vonda S. McLeod  
Vonda S. McLeod  
Attorney for Debtor(s)

OF COUNSEL:  
SHINBAUM, MCLEOD & CAMPBELL  
Post Office Box 201  
Montgomery, AL 36101-0201  
(334) 269-4440  
FAX (334) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by mailing a copy of same to them on this day: August 5, 2009

Hon. Curtis C. Reding
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101

Upon All Creditors