# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

**In the Matter of**:  }
} Case No. 07-31793
JOHN GATSON  }
}
**Debtor(s)**  }

## Motion to Approve Home Loan Modification

Comes now the undersigned attorney of record and hereby moves this Honorable Court to approve a home loan modification and as grounds for such state as follows:

1. The debtor filed Chapter 13 on November 14th, 2007. The debtor Meritech/Saxon Mortgage as a creditor on a residential mortgage which was to be paid direct. The creditor filed a claim showing a principal balance of $193,808.94 and an arrearage amount of $7,090.70.

2. The debtor has been in negotiations with the mortgage company in order to effect a temporary or permanent modification of their home loan. The creditor has proposed the following modification which would modify the home mortgage as follows:

| | |
|---|---|
| Old payment: $1,946 (p&i plus escrow) | New payment: $1,128.37 (p&i plus escrow) to begin 8/01/2009 |
| Old interest: adjustable | New interest: 2.625% for 5 years at which time adjustable interest rate will resume |
| Old principal balance: $193,808.94 at time case filed | New principal balance: $186,981.43 |
| Additional terms: Debtor must pay upfront escrow adjustment of $4,243.14 | Additional terms: Debtor states new balance would include arrears which are currently included in Ch. 13 plan |
| Additional terms: Debtor must agree to a $15,308.77 balloon note due on 10/1/2036 | |

Wherefore, premises considered, the debtor requests this court to approve the loan modification as set forth above.

Respectfully submitted,

/s/ Vonda S. McLeod
*Attorney for Debtor*:
Vonda S. McLeod

Shinbaum, McLeod & Campbell
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440
Fax 334-263-4096

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day July 31, 2009.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs

Home Preservation Department
Attn: Bridget Gray
Saxon Mortgage Services, Inc.
4709 Mercantile Drive
Fort Worth, TX 76137

/s/ Vonda S. McLeod
*Attorney for Debtor*:
Vonda S. McLeod