## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                    **CHAPTER 13 CASE**
                                          **NO. 07-31793-DHW**

**JOHN GATSON, XXX-XX-0543,**

    **Debtor(s).**

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee, by and through the undersigned, and objects to Court Claim #11 (Trustee's claim #32) filed by Saxon Mortgage Services.  As grounds for said objection, the Trustee states as follows:

    The debtor's motion to incur debt and allow the debtor to enter into a mortgage loan modification agreement was granted by this Honorable Court on August 20, 2009.  As a result, the account would have been brought current and the debt paid outside the Chapter 13 plan.

    WHEREFORE, the Trustee objects to the claim and moves this Honorable Court to reduce the claim to the amount paid with a balance of zero.

    Respectfully submitted this 20th day of January, 2010.

                              Curtis C. Reding, Jr.
                              Standing Chapter 13 Trustee

              BY:    /s/ Sabrina L. McKinney
                     Sabrina L. McKinney
                     Staff Attorney (ASB-3162-I71S)

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone:  334-262-8371
Fax:  334-262-8599
mckinneys@ch13mdal.com

<u>CERTIFICATE OF SERVICE</u>

      I, Sabrina L. McKinney, certify that I have served a copy of the foregoing TRUSTEE'S OBJECTION TO CLAIM OF OCWEN on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 20th day of January, 2010.


                         /s/ Sabrina L. McKinney
                         Sabrina L. McKinney


John Gatson
PO Box 20052
Montgomery, AL 36120

Vonda S. McLeod via electronic mail

Mark A. Baker via electronic mail

Saxon Mortgage Services, Inc.
4708 N. Mercantile Dr
Ft Worth, TX 76137